UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AIRPORT BOULEVARD REALTY LLC,<br><br>　　　　Defendant. | Case No. 20-cv-05757-SI<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE RE: GENERAL ORDER 56**<br><br>Re: Dkt. No. 29 |

The Court hereby REFERS this case to a Magistrate Judge for a settlement conference. The Magistrate Judge shall vet this case for compliance with General Order 56 and issue appropriate orders to address any non-compliance.

**IT IS SO ORDERED**.

Dated: January 26, 2021

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge