UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>AIRPORT BOULEVARD REALTY LLC,<br><br>    Defendant. | Case No. 20-cv-05757-SI<br><br>**ORDER REOPENING CASE; DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S NOTICE; AND DIRECTING PARTIES TO COMPLY WITH JUDGE BEELER'S APRIL 6, 2021 ORDER**<br><br>Re: Dkt. No. 38 |

On May 21, 2021, plaintiff filed a Notice of Withdrawal of Notice of Settlement and Motion to Reopen Case. Dkt. No. 38. Plaintiff states that the settlement has broken down and requests that the Court reopen the case.

The Court hereby REOPENS this case and directs defendant to file a response to plaintiff's Notice by May 26, 2021. The Court also directs the parties to comply with Magistrate Judge Beeler's April 6, 2021 order, including by promptly scheduling a joint site inspection.

**IT IS SO ORDERED**.

Dated: May 21, 2021

                                          SUSAN ILLSTON
                                          United States District Judge